J-S47022-18

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

COMMONWEALTH OF PENNSYLVANIA : IN THE SUPERIOR COURT OF
                                     :           PENNSYLVANIA
                                     :
            v.                         :
                                     :
                                   :
JAYSON D. COLEMAN           :
                                   :
          Appellant          :   No. 1777 WDA 2017

Appeal from the Judgment of Sentence Entered November 14, 2017
In the Court of Common Pleas of Allegheny County Criminal Division at
No(s): CP-02-SA-0001829-2017

BEFORE:   OLSON, J., McLAUGHLIN, J., and STRASSBURGER*, J.

JUDGMENT ORDER BY McLAUGHLIN, J.:         **FILED AUGUST 24, 2018**

Jayson D. Coleman appeals from the judgment of sentence of a $25.00 fine plus costs, imposed November 14, 2017, following the dismissal of his summary appeal. We affirm.

In August 2017, local police cited Coleman for careless driving following a traffic incident. **See** Traffic Citation, 08/28/2017. In September 2017, a magisterial district judge found him guilty, and Coleman appealed. Notice of Appeal from Summary Conviction, 09/14/2017. Coleman's summary appeal for trial *de novo* was scheduled for November 14, 0217, at Allegheny County Court of Common Pleas. **Id.** Coleman failed to appear for his trial *de novo*. **See** Notes of Testimony (N.T.), 11/14/2017, at 2. The court then dismissed Coleman's summary appeal and imposed sentence. **Id.**; **see also** Sentencing Order, 11/14/2017. Coleman timely appealed to this Court. Notice of Appeal, 11/28/2017.

_____

\*   Retired Senior Judge assigned to the Superior Court.

Following a conviction in any summary proceeding, a defendant may appeal for trial *de novo* in the court of common pleas. **See** Pa.R.Crim.P. 462(A). However, Pennsylvania Rule of Criminal Procedure 462 provides:

> If the defendant fails to appear, the trial judge may dismiss the appeal and enter judgment in the court of common pleas on the judgment of the issuing authority.

Pa.R.Crim.P. 462(D).

Here, Coleman appealed from his summary conviction for careless driving. His trial *de novo* was duly scheduled, and Coleman was notified that it would occur on November 14, 2017. Coleman failed to appear. **See** N.T. at 2. Coleman provides no explanation for his failure to appear nor legal authority upon which we may grant relief. **See generally** Coleman's Br.

Following our review of the record, we discern no error in the trial court's decision to dismiss Coleman's summary appeal for trial *de novo* and impose sentence. Pa.R.Crim.P. 462(D). Accordingly, we affirm.

Judgment of sentence affirmed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 8/24/2018